■ In the Matter of PATRICIA BURZYNSKI, Respondent, v CHRISTOPHER VALLESE, Appellant. [621 NYS2d 993] —Motion to compel respondent to accept service of appellant's record and briefs on appeal granted. Memorandum: Appeals taken pursuant to the Family Court Act, by notices of appeal dated between July 1, 1992 and December 9, 1993, are exempt from the automatic dismissal provision of 22 NYCRR 1000.3 (b) (2) (i). Present—Pine, J. P., Balio, Lawton, Fallon and Doerr, JJ.

■ In the Matter of STACY P. BETTY P., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [621 NYS2d 1009] —Motion for permission to proceed as poor person and for assignment of counsel on appeal denied and appeal dismissed. Memorandum: No appeal lies from an order entered upon a party's default (see, CPLR 5511). Present—Pine, J. P., Balio, Lawton, Fallon and Doerr, JJ.

■ PEOPLE, Respondent, v DENNIS CHRYSLER, Appellant. [621 NYS2d 992] —Motion for leave to appeal as poor person denied with leave to renew on or before January 23, 1995. Memorandum: Upon renewal, defendant should account for the $160,000 that was the subject of the instant conviction. Further, defendant should disclose the assets from his home improvement company. Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ PEOPLE v CARLTON CLARKE, Defendant. [621 NYS2d 992] —Motion to extend time to take appeal granted upon condition that defendant's notice of appeal is filed and served on or before January 23, 1995. Memorandum: Counsel is directed to file and serve a notice of appeal containing a correct description of the judgment appealed from. This Court does not have discretion to treat the notice of appeal filed as valid. Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.